UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV 17-08979-PSG(Ex) |
| Plaintiff, | [~~PROPOSED~~] **CONSENT JUDGMENT OF FORFEITURE** |
| v. | |
| APPROXIMATELY THIRTEEN UNOCCUPIED BURIAL PLOTS SITUATED AT FOREST LAWN MEMORIAL PARK'S HOLLYWOOD HILLS CEMETERY LOCATED IN LOS ANGELES, CALIFORNIA AND COVERED BY FOREST LAWN MEMORIAL-PARK ASSOCIATION CONTRACT NUMBERS 9041331, 9039137, 9039367, 9048465, 9059245, 9059252, 9059253, 9055647, 9127433182021, 9127433201802, 9127520171440, 9127525104903 AND 9127526143443, | |
| Defendant. | |

Pursuant to the stipulation and request of Plaintiff United States of America and Forest Lawn Memorial-Park Association or any of its related entities (collectively, "potential claimant Forest Lawn"), the Court hereby enters this Consent Judgment of Forfeiture containing the terms set forth below:

On or about December 14, 2017, Plaintiff United States of America ("the United States of America") filed a Complaint for Forfeiture alleging that the defendant Approximately Thirteen Unoccupied Burial Plots Situated At Forest Lawn Memorial Park's Hollywood Hills Cemetery Located In Los Angeles, California And Covered By Forest Lawn Memorial-Park Association Contract Numbers 9041331, 9039137, 9039367, 9048465, 9059245, 9059252, 9059253, 9055647, 9127433182021, 9127433201802, 9127520171440, 9127525104903 And 9127526143443 (the "defendant burial plots") is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) and (C).

In paragraph 5 of the Complaint for Forfeiture, the United States of America alleges that the contracts referenced in the caption of this complaint, namely contract numbers 9041331, 9039137, 9039367, 9048465, 9059245, 9059252, 9059253, 9055647, 9127433182021, 9127433201802, 9127520171440, 9127525104903 and 9127526143443 (collectively, the "defendant burial plot contracts"), were entered into between Forest Lawn, as seller, on the one hand, and Mikayel Hmayakyan, Nune Torosyan, Naira Gasparyan or Artur Manucharyan, as buyers, on the other hand, relative to the defendant burial plots.

Potential claimant Forest Lawn has received a total of $195,857.61 pursuant to the defendant burial plot contracts.

On or about April 25, 2018, a Default By Clerk as to the Complaint for Forfeiture was entered against the interests of Mikayel Hmayakyan, Nune Torosyan, Naira Gasparyan, Artur Manucharyan and all other potential claimants except potential claimant Forest Lawn.

No parties have appeared in this case and the time for filing claims and answers has expired.

Potential claimant Forest Lawn claims an interest in one or more of the defendant burial plots, and would have filed a claim thereto if this case had not been resolved by entering into this Consent Judgment of Forfeiture.

The government and potential claimant Forest Lawn have now agreed to settle this action and to avoid further litigation by entering into this Consent Judgment of Forfeiture.

The Court, having been duly advised of and having considered the matter, and based upon the mutual consent of the parties hereto,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. This Court has jurisdiction over the subject matter of this action and the parties to this Consent Judgment of Forfeiture.

2. The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 981(a)(1)(A) and (C).

3. Notice of this action has been given as required by law. No appearances have been made in the litigation by any person other than potential claimant Forest Lawn. The Court deems that all other potential claimants, including Mikayel Hmayakyan, Nune Torosyan, Naira Gasparyan and Artur Manucharyan, admit the allegations of the Complaint for Forfeiture to be true. Potential claimant Forest Lawn is relieved of its obligation to file a claim and answer in this litigation.

4. The United States of America shall have judgment as to the interests of Mikayel Hmayakyan, Nune Torosyan, Naira Gasparyan, Artur Manucharyan, potential claimant Forest Lawn and all other potential claimants in the defendant burial plots. The defendant burial plots is hereby condemned and forfeited to the United States of America, which shall own all right, title and interest in and to the defendant burial plots. The United States of America shall dispose of the defendant burial plots in accordance with law in the manner set forth below.

5. Within thirty (30) days after this Consent Judgment of Forfeiture is filed, potential claimant Forest Lawn shall pay the United States of America the $195,857.61

that potential claimant Forest Lawn has received for the defendant burial plots pursuant to the defendant burial plot contracts, which funds the United States of America shall deposit into the Treasury Forfeiture Fund or other appropriate government account. Upon the United States of America's receipt of those funds, the United States of America shall transfer all right, title and interest in and to the defendant burial plots to potential claimant Forest Lawn.

6.     Except as to any claims arising from this Consent Judgment of Forfeiture, potential claimant Forest Lawn hereby releases the United States of America, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the United States Secret Service or the Department of Justice and their respective agencies, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims (including, without limitation any petitions for remission, which potential claimant Forest Lawn hereby withdraws), actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs and interest, which may be asserted by or on behalf of potential claimant Forest Lawn, whether pursuant to 28 U.S.C. § 2465 or otherwise.

7.     The Court finds that there was reasonable cause for the seizure of the defendant burial plots and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

8.     The Court further funds that potential claimant Forest Lawn did not substantially prevail in this action, and the parties hereto shall bear their own attorney fees and costs.

9.     The United States of America and potential claimant Forest Lawn consent to this judgment and waive any right to appeal.

/ / /

/ / /

4

1         10.    The Court shall retain jurisdiction over this matter to enforce the provisions

2 of this Consent Judgment of Forfeiture.

3 Dated:    5/11/18

# PHILIP S. GUTIERREZ

THE HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

Presented By:

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

   /s/

VICTOR A. RODGERS
Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## PROOF OF SERVICE BY MAILING

I am a citizen of the United States and a resident of or employed in Los Angeles County, California; my business address is the Office of United States Attorney, 312 North Spring Street, 14th Floor, Los Angeles, California 90012; I am over the age of 18; and I am not a party to the above-titled action;

On May 7, 2018, I served a copy of: **[PROPOSED] CONSENT JUDGEMENT OF FORFEITURE** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date shown below following our ordinary office practices.

**TO:**

| | |
|---|---|
| **Susan R. Sandler, Esq.**<br>**Senior Vice President &**<br>**General Counsel**<br>**Forest Lawn**<br>**1712 South Glendale Avenue**<br>**Glendale, California 91205** | **Paula Melkonian**<br>**Vice President, Client Accounts**<br>**Forest Lawn**<br>**1712 South Glendale Avenue**<br>**Glendale, California 91205** |

I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

This Certificate is executed on May 7, 2018, at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

TARA B. VAVERE
Paralegal, FSA

6